**IT IS ORDERED as set forth below:**



**Date: July 15, 2013**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION


IN RE:                          )   CHAPTER 13
NOIL BASEAN SNELL               )
                                )   CASE NO. 09-73577-JRS
                                )
              DEBTOR.           )
```

**ORDER**
HEARING HELD JUNE 20, 2013

This matter arose upon the Chapter 13 Trustee's Motion to Dismiss.  Upon the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced.  Accordingly, it is hereby

ORDERED that commencing with the next plan payment due following the entry date of this order and continuing with strict compliance on each plan payment due date thereafter, the regular Chapter 13 payments (as set forth in the confirmed

plan) shall be remitted to the Chapter 13 Trustee. It is further

ORDERED that should Debtor's plan payments be submitted late, the Trustee may submit a Supplemental Report recommending dismissal, and upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**


Prepared and Presented by:




_____/s/_____
Jason L. Rogers, Attorney
for the Chapter 13 Trustee
GA Bar No.: 142575
260 Peachtree Street
Suite 200
Atlanta, GA  30303